**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| AMERRA PORTEE,<br><br>      Plaintiff,<br><br>v.<br><br>MR. FERNANDO, OWNER OF LITTLE CAESARS;<br>MR. DARRYL, MANAGER OF LITTLE CEASARS<br><br>      Defendants. | **No. CV-26-14-GF-JTJ**<br><br><br>**ORDER** |

On March 23, 2026, Plaintiff Amerra Portee ("Portee") filed a Motion for Representation. (Doc. 8).

Civil litigants do not have a Sixth Amendment right to appointed counsel. *Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998) (citing *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981)). In limited circumstances, the Court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). To warrant appointment of counsel under § 1915(e)(1), there must be a showing of "exceptional circumstances," which "requires an evaluation of both the likelihood of success on the merits and the ability of the [litigant] to articulate [her] claims pro se in light of the complexity of the legal issues involved." *Terrell v. Brewer*, 935 F.2d 1015,

1

1017 (9th Cir. 1991) (internal citations omitted). The Court finds Portee has not demonstrated exceptional circumstances warranting appointment of counsel.

Accordingly,

IT IS ORDERED that Portee's Motion for Representation (Doc. 8) is DENIED.

DATED this 27th day of March 2026.

John Johnston
United States Magistrate Judge